Abby Sullivan Engen (SBN 270698)
asullivanengen@centrolegal.org
CENTRO LEGAL DE LA RAZA
3400 E. 12th Street
Oakland, CA 94601
Telephone: (510) 244-4312

*Attorney for Petitioner*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| Frescia Anthuane GARRO PINCHI,<br><br>Petitioner,<br><br>v.<br><br>POLLY KAISER, Acting Field Office Director of the San Francisco Immigration and Customs Enforcement Office; TODD LYONS, Acting Director of United States Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the United States Department of Homeland Security, PAMELA BONDI, Attorney General of the United States, acting in their official capacities,<br><br>Respondents. | Case No. 3:25-CV-5632<br><br>**PETITIONER'S NOTICE OF MOTION AND *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER** |

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE as soon as it may be heard in the United States District Court for Northern District of California, that Petitioner Garro Pinchi will and hereby does move for a temporary restraining order pursuant to Federal Rule of Civil Procedure 65(b) and Civil Local Rule 231. Because Petitioner's detention—at an unknown location as of the filing of this motion—violates the Due Process Clause of the Fifth Amendment to the United States, Petitioner respectfully requests that this Court (1) order Petitioner's immediate release from Respondents' custody pending these proceedings, without requiring bond or electronic monitoring, or, in the alternative, (2) order Petitioner's immediate release from Respondents' custody and, within 14 days, order a pre-deprivation bond hearing before the San Francisco Immigration Court, where Respondents shall bear the burden of proof to show, by clear and convincing evidence, that Petitioner is a danger or a flight risk. To preserve this Court's jurisdiction, Petitioner further seeks an order (3) enjoining Respondents from transferring Petitioner out of this District or deporting her during the pendency of the underlying proceedings.

This motion is based on this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities; the supporting Declarations of Brayan Santiago Ropero Cano and Ariel Koren, and Petitioner's counsel Abby Sullivan Engen; the Proposed Order; the papers, evidence, and records on file in this action; and any other written or oral evidence or argument as may be presented at or before the time this motion is heard by the Court. This motion is also supported by the Petition for Writ of Habeas Corpus (ECF No. 1).

Consistent with Civil L.R. 65-1, Petitioner seeks relief at the earliest possible opportunity. Petitioner is filing this motion one day after she filed her Petition for Writ of Habeas Corpus.

Pursuant to Civil L.R. 65-1(a)(5), and as detailed further in the supporting Declaration of Abby Sullivan Engen, Counsel for Petitioner provided Counsel for Respondents with notice of this Motion and advised Respondents of the emergency reasons requiring Petitioner to seek an *ex parte* application for a temporary restraining order. Counsel for Petitioner and Counsel for Respondents spoke by telephone and discussed the habeas petition and Counsel for Petitioner emailed a copy of the filed petition to Counsel for Respondents; Counsel for Petitioner advised Counsel for Respondents that a Motion for TRO would be forthcoming; Counsel for Petitioner left a voicemail for Counsel for Respondents early in the afternoon

several hours before this TRO filing; Counsel for Petitioner emailed Counsel for Respondents a copy of the Memorandum of Points and Authorities shortly before filing it; and in these communications Counsel for Petitioner emphasized Petitioner's medical conditions. As of this filing, Respondents have not stipulated to a TRO or otherwise responded to Counsel for Petitioner's communications following the brief phone call on July 3, 2025.

Date: July 4, 2025               Respectfully submitted,

                                 /s/ Abby Sullivan Engen
                                 Abby Sullivan Engen (SBN 270698)
                                 CENTRO LEGAL DE LA RAZA

                                 *Attorney for Petitioner*

PETITIONER'S NOTICE OF MOTION AND EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER     3
Case No. 3:25-CV-5632