CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division

ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    elizabeth.kurlan@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| FRESCIA GARRO PINCHI,<br><br>    Petitioner,<br><br>  v.<br><br>KRISTI NOEM, Secretary of the United States Department of Homeland Security, *et al.*,<br><br>    Respondents. | Case No. 5:25-cv-5632-PCP<br><br>**JOINT STATUS REPORT REGARDING PETITIONER'S RELEASE**<br><br>The Honorable P. Casey Pitts |

    Petitioner and Respondents provide this joint status report regarding Petitioner's release from immigration detention. *See* Dkt. No. 6. On July 5, 2025, Petitioner was released from the Mesa Verde Detention Center, pursuant the Court's order granting Petitioner's *ex parte* motion for temporary restraining order. *Id.*

Joint Status Report
5:25-cv-5632-PCP

1

Dated: July 7, 2025

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney

Attorneys for Respondents

Dated: July 7, 2025

*/s/ Abby Sullivan Engen*
ABBY SULLIVAN ENGEN
Centro Legal de la Raza

Attorneys for Petitioner

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.