Abby Sullivan Engen (SBN 270698)
asullivanengen@centrolegal.org
CENTRO LEGAL DE LA RAZA
3400 E. 12th Street
Oakland, CA 94601
Telephone: (510) 244-4312

*Attorney for Petitioner*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **Frescia Anthuane GARRO PINCHI**, <br><br> Petitioner, <br><br> v. <br><br> **POLLY KAISER**, Acting Field Office Director of the San Francisco Immigration and Customs Enforcement Office; **TODD LYONS**, Acting Director of United States Immigration and Customs Enforcement; **KRISTI NOEM**, Secretary of the United States Department of Homeland Security, **PAMELA BONDI**, Attorney General of the United States, acting in their official capacities, <br><br> Respondents. | Case No. 25-CV-5632 <br><br> **PROOF OF SERVICE** |

# PROOF OF SERVICE

I, Abby Sullivan Engen, am over 18 years old and am not a party to this action. My business address is 3400 E. 12th Street, Oakland, California, 94601.

On July 7, 2025, I spoke to Assistant United States Attorney Elizabeth Kurlan by telephone. Ms. Kurlan agreed to accept service of the Temporary Restraining Order [Dkt. 7] by email.

On July 7, 2025, I caused to be served the following documents:

1. Petition for Writ of Habeas Corpus [Dkt. 1];
2. Motion for Temporary Restraining Order, Memorandum of Law, and Attached Declarations [Dkt. 5, 5-1 through 5-5]; and
3. Temporary Restraining Order [Dkt. 7].

**by email** to Elizabeth.Kurlan@usdoj.gov.

As soon as possible, I will cause all filings to be served on all parties by certified mail; however, as today is the first business day following the day this case was initiated, as of the time and date of this filing, our office has been unable to formally serve all parties.

Date: July 7, 2025

Respectfully submitted,

*/s/ Abby Sullivan Engen*
Abby Sullivan Engen (SBN 270698)
CENTRO LEGAL DE LA RAZA

*Attorney for Petitioner*