AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Frescia GARRO PINCHI<br>*Plaintiff(s)*<br>v.<br>Polly KAISER, Acting Field Office Director, S.F. ICE; Todd LYONS, Acting Director, U.S. ICE; Kristi NOEM, Secretary of U.S. DHS; Pamela BONDI, Attorney General of U.S., in official capacities<br>*Defendant(s)* | Civil Action No. 25-CV-05632 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
   See attachment to summons

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Abby Sullivan Engen
Centro Legal de la Raza
3400 E. 12th Street
Oakland, CA 94601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

Civil Action No. 25-CV-05632

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# ATTACHMENT TO SUMMONS

## Case No. 25-CV-05632

Polly Kaiser, Acting Field Office Director
San Francisco Immigration and Customs Enforcement Office
630 Sansome Street
Room 590
San Francisco, CA 94111

Todd Lyons, Acting Director
United States Immigration and Customs Enforcement
Office of the General Counsel
245 Murray Lane SW
Mail Stop 0485
Washington, D.C. 20528-0485

Kristi Noem, Secretary
U.S. Department of Homeland Security
Office of the General Counsel
245 Murray Lane SW
Mail Stop 0485
Washington, D.C. 20528-0485

Pamela Bondi, Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, D.C. 20530-0001

Elizabeth Kurlan, Assistant United States Attorney
Pamela T. Johan, Civil Division Chief
Craig Missakian, United States Attorney
Civil-Process Clerk
United States Attorney's Office
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495