## U.S. Department of Homeland Security — Record of Deportable/Inadmissible Alien

Subject ID: 384311559

| Field | Value |
|---|---|
| Family Name (CAPS) | GARRO PINCHI, FRESCIA ANTHUANE |
| First | |
| Middle | |
| Sex | F |
| Hair | BLK |
| Eyes | BRO |
| Cmplxn | MED |
| Country of Citizenship | PERU |
| Passport Number and Country of Issue | PERU |
| File Number | (redacted) |
| Height | 60 |
| Weight | 99 |
| Occupation | LABORER |
| U.S. Address | (redacted) |
| Scars and Marks | None Visible |
| Date, Place, Time, and Manner of Last Entry | 04/14/2023, 0030, 11 mile(s) NE of SLU, PWA (AFOOT) |
| Passenger Boarded at | |
| F.B.I. Number | (redacted) |
| Marital Status | Single |
| Number, Street, City, Province (State) and Country of Permanent Residence | LIMA, UCAYALI, PERU |
| Method of Location/Apprehension | PB |
| Date of Birth | (redacted)  Age: 25 |
| Date of Action | 04/14/2023 |
| Location Code | YUM/YUS |
| At/Near | SAN LUIS, AZ |
| Date/Hour | 04/14/2023 0045 |
| City, Province (State) and Country of Birth | LIMA, UCAYAL, PERU |
| AR | X |
| Form: (Type and No.) | Lifted ☐ Not Lifted ☐ |
| By | JERONIMO GOMEZ |
| NIV Issuing Post and NIV Number | |
| Social Security Account Name | |
| Status at Entry | PWA Mexico |
| Status When Found | TRAVEL/SEEKING |
| Date Visa Issued | |
| Social Security Number | |
| Length of Time Illegally in U.S. | AT ENTRY |
| Immigration Record | NEGATIVE |
| Criminal Record | None Known |
| Name, Address, and Nationality of Spouse | |
| Number and Nationality of Minor Children | |
| Father's Name, Nationality, and Address, if Known | See Narrative |
| Mother's Present and Maiden Names, Nationality, and Address, if Known | See Narrative |
| Monies Due/Property in U.S. Not in Immediate Possession | None Claimed |
| Fingerprinted? | ☐ Yes ☐ No |
| Systems Checks | See Narrative |
| Charge Code Words(s) | I6A |
| Name and Address of (Last)(Current) U.S. Employer | |
| Type of Employment | |
| Salary | Hr |
| Employed from/to | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS #: 1336672140          I77 #: 14509208          DNA Envelope #: F1738003

Left Index Print          Right Index Print

ARREST COORDINATES:
--------------------
Latitude:   32.642334
Longitude: -114.764055

CONSEQUENCE DELIVERY SYSTEM:
----------------------------
Classification: FIRA

JUAN L QUEZADA
Date: 2023.04.14 19:41:00 -07:00
0103320153.CBP
04/14/2023

JUAN L QUEZADA
Date: 2023.04.14 19:40:56 -07:00
0103320153.CBP
JUAN L. QUEZADA
BORDER PATROL AGENT
(Signature and Title of Immigration Officer)

Alien has been advised of communication privileges

Distribution:
Original to A file
Copy to Sector

Received: (Subject and Documents) (Report of Interview)
Officer: JUAN L. QUEZADA
on: April 14, 2023 at 1848
Disposition: Notice to Appear Released (I-862)
Examining Officer: ARMANDO ALVAREZ

Form I-213 (Rev. 08/01/07) Y

| U.S. Department of Homeland Security | Continuation Page for Form | I213 |
|---|---|---|
| Alien's Name<br>GARRO PINCHI, FRESCIA ANTHUANE | File Number<br>█████████ | Date<br>04/14/2023 |

FATHER NAME AND ADDRESS:
--------------------------
Nationality: PERU

LIMA, UCAYALI, PERU


MOTHER NAME AND ADDRESS:
--------------------------
Nationality: PERU

LIMA, UCAYALI, PERU


CUSTODY REDETERMINATION:
-----------------------------------
ORLS

RECORDS CHECKED:
----------------
CIS Negative
ABIS Negative
EARM Negative
NCIC Negative
NGI Negative
TECS Negative


NARRATIVE:
----------
IMMIGRATION HISTORY:
See attached records.
CRIMINAL HISTORY:
See attached records.


ENCOUNTER:
A Border Patrol Agent encountered the subject in the Yuma, Arizona Border Patrol Sector Area of Responsibility. As per the field form, the subject admitted that she had unlawfully entered the United States of America from the United States of Mexico, at a time and place other than as designated by immigration officers of the United States of America. As per the field form, the subject was apprehended for illegally entering the United States.
After determining that the subject was an alien who illegally entered the United States, the subject was arrested and transported to the Yuma, Arizona Border Patrol Station for further processing using the e3/IDENT and NGI systems.

| Signature<br>JUAN L. QUEZADA<br>JUAN L QUEZADA<br>Date: 2023.04.14 19:41:05 -07:00<br>0103320153.CBP | Title<br>BORDER PATROL AGENT |
|---|---|

2 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

| U.S. Department of Homeland Security | Continuation Page for Form | I213 |
|---|---|---|

| Alien's Name<br>GARRO PINCHI, FRESCIA ANTHUANE | File Number | Date<br>04/14/2023 |
|---|---|---|

**IMMIGRATION VIOLATION:**
At the Yuma Border Patrol Station, the subject stated she is a citizen and national of Peru without the necessary legal documents to enter, pass through, or remain in the United States. The subject admitted that both her parents, father ▮▮▮▮▮ and mother ▮▮▮▮▮ are citizens and nationals of Peru and of no other country. The subject also admitted she illegally crossed the international boundary without being inspected by an Immigration Officer at a designated Port of Entry.

**CONSULAR NOTIFICATION:**
The subject was notified of their right to communicate with a Consular Officer from her country as per Article 36(1)(b) of the Vienna convention on Consular Relations. The subject indicated she understood this right but declined to speak with anyone at this time. The subject further stated she does have fear of persecution or torture if returned to their country of citizenship.
The subject provided a valid and verified U.S. address and phone number.

The subject is being Issued a Notice to Appear (NTA/OR). She is being released on her own recognizance for humanitarian reasons.
Subject was assigned a court date for 06/05/2023 at 08:30 a.m., 100 Montgomery, St. STE 800 San Francisco, CA 94104.

| Signature<br>JUAN L. QUEZADA<br>JUAN L QUEZADA<br>Date: 2023.04.14 19:31:09 -07:00<br>0103320153.CBP | Title<br>BORDER PATROL AGENT |
|---|---|

3 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)