ERIN E. MEYER - # 274244
emeyer@keker.com
JULIA L. ALLEN - # 286097
jallen@keker.com
CLAIRE C. BONELLI - #317735
cbonelli@keker.com
ELLEN WATLINGTON - # 336422
ewatlington@keker.com
JACQUIE P. ANDREANO - # 338354
jandreano@keker.com
KAYLA CROWELL - # 349061
kcrowell@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111
Telephone: (415) 391-5400

Attorneys for Plaintiffs-Petitioners

[ADDITIONAL COUNSEL ON NEXT PAGE]

BREE BERNWANGER - # 331731
bbernwanger@aclunc.org
MICHELLE (MINJU) Y. CHO - # 321939
mcho@aclunc.org
NEIL K. SAWHNEY - # 300130
nsawhney@aclunc.org
LAUREN M. DAVIS - # 357292
ldavis@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

ABBY SULLIVAN ENGEN - # 270698
asullivanengen@centrolegal.org
JESSE NEWMARK - # 247488
jessenewmark@centrolegal.org
NIKOLAS DE BREMAEKER (pro hac vice
forthcoming)
ndebremaeker@centrolegal.org
CENTRO LEGAL DE LA RAZA
3400 E. 12th Street
Oakland, CA 94601
Telephone: (510) 437-1863

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRESCIA GARRO PINCHI, JUANY GALO SANTOS, and JOSE TELETOR SENTE, on behalf of themselves and others similarly situated,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>SERGIO ALBARRAN, Field Office Director of the San Francisco Immigration and Customs Enforcement Office; KRISTI NOEM, Secretary of the United States Department of Homeland Security; TODD LYONS, Acting Director of United States Immigration and Customs Enforcement, acting in their official capacities; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendants-Respondents. | Case No. 5:25-cv-5632-PCP<br><br>**DECLARATION OF FRESCIA ANTHUANE GARRO PINCHI IN SUPPORT OF PLAINTIFFS' MOTION TO STAY EFFECTIVE DATE OF AGENCY ACTION OR PRESERVE STATUS OR RIGHTS**<br><br>Date:    November 20, 2025<br>Time:    10:00 a.m.<br><br>Date Filed:  July 3, 2025 |

DECLARATION OF FRESCIA ANTHUANE GARRO PINCHI IN SUPPORT OF PLAINTIFFS' MOTION TO STAY EFFECTIVE DATE OF AGENCY ACTION OR PRESERVE STATUS OR RIGHTS
Case No. 5:25-cv-5632-PCP

3168678

JUDY RABINOVITZ (pro hac vice forthcoming)
jrabinovitz@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2660

Attorneys for Plaintiffs-Petitioners

DECLARATION OF FRESCIA ANTHUANE GARRO PINCHI IN SUPPORT OF PLAINTIFFS' MOTION TO
STAY EFFECTIVE DATE OF AGENCY ACTION OR PRESERVE STATUS OR RIGHTS
Case No. 5:25-cv-5632-PCP

3168678

I, Frescia Anthuane Garro Pinchi, declare:

1. I was born in Peru. I came to the United States in 2023 fleeing violence and insecurity in my country. I am 27 years old.

2. When I arrived at the U.S. border in April 2023, I crossed the border without inspection. When I encountered Border Patrol agents, I told them that I was afraid to return to my country. I was detained for one day and promptly released.

3. I was released on my own recognizance from ICE custody on April 14, 2023, and placed into removal proceedings. I was not placed under an order of supervision. I went to the San Francisco Immigration Court each time I had a hearing, about once per year.

4. They told me that I had to go to all my hearings and follow all the laws. After explaining this to me, an immigration official told me, "Welcome to the United States." I understood that these were the conditions of my release, and that as long as I followed those rules, I would remain out of custody.

5. I currently live in Hayward, California. I work for a gig company that connects me with people who need jobs done. Sometimes I do cleaning, sometimes I help with food preparation, or other things. I work as much as possible, though not on a fixed schedule.

6. With the money that I earn, I pay rent and cover my basic expenses. I also send money to my family in Peru, including my mother and my 7-year-old daughter, who currently lives with my mother. My mother is diabetic, and she relies on the money I send to purchase the medicine she needs.

7. I go to church every Sunday. I donate money to the church each week, as much as I can. I also attend special services and celebrations throughout the year.

8. I have never been arrested or committed any crimes in the United States or anywhere else.

9. In Peru, I was a social worker, providing services for at-risk youth. One day, I would like to do similar work here in the United States. I would also like to go back to school and obtain a degree in social work here. My dream is to open a non-profit to support immigrant families and children in the United States.

1

DECLARATION OF FRESCIA ANTHUANE GARRO PINCHI IN SUPPORT OF PLAINTIFFS' MOTION TO STAY EFFECTIVE DATE OF AGENCY ACTION OR PRESERVE STATUS OR RIGHTS
Case No. 5:25-cv-5632-PCP

3168678

10. I am studying English. I use an application on my phone to practice whenever I can. I would also like to enroll in English classes in the future.

11. I have several medical conditions that require ongoing treatment and medical care. I have gastritis, and a problem with Helicobacter pylori, for which I have to follow a specific diet. I also take medication every 8 hours for anxiety, depression and post-traumatic stress disorder. I have asthma and suffer from occasional asthma attacks which I control using an inhaler. I had appendicitis and underwent surgery in 2024. I also had surgery on a tumor in 2025, and until last month was going to the doctor for regular monitoring. It is important for my health that I remain out of custody so I can follow my prescribed diet and take my medication on a strict schedule.

12. On July 3, 2025, I went to San Francisco to attend my master calendar hearing. I was accompanied by two friends who were helping me navigate the court system and translating for me. When my case was called, I went to the front of the courtroom. The government asked the judge to dismiss my case. I did not understand what this meant, but I knew that I didn't want my case dismissed, because I am afraid to return to Peru. Everything was happening very quickly, and I felt confused and worried. The judge gave me another court date to return at the end of the month.

13. I left the courtroom, holding the hand of one of the women who accompanied me. Outside of the courtroom, we saw about 4 immigration officials. They were wearing normal clothes with vests over them. One was a woman. They stood in our way so we could not pass. They grabbed me by my arms and forced me up against a wall. They told me to be quiet. I began to cry. They handcuffed me as if I had committed a crime. I suffer from anxiety, and I immediately began to feel panicked. It was hard to breathe. I couldn't believe what was happening. Other people were yelling and asking why they were arresting me. It was very chaotic, and I was in shock.

14. Another woman was detained along with me. She was from Colombia. Once handcuffed, we were taken into an elevator and brought to a different floor in the same building. They brought us into a large room. There were several people working at computers. The officials took all my belongings, my shoes, my wallet, my phone, my earrings, even my hair tie. They took

2

DECLARATION OF FRESCIA ANTHUANE GARRO PINCHI IN SUPPORT OF PLAINTIFFS' MOTION TO STAY EFFECTIVE DATE OF AGENCY ACTION OR PRESERVE STATUS OR RIGHTS
Case No. 5:25-cv-5632-PCP

3168678

our fingerprints and then they put us in a cell together. The cell had bars and a toilet that everyone who passed by could see us using. They gave us some water and a burrito to eat. We were held there for hours. Finally, I was able to speak to one of my friends, who told me that an attorney was going to help me.

15.    I did not have my medication or my inhaler with me when I was arrested because I believed I would be going home after my court hearing, and did not think I needed to bring them with me to the courthouse. I told an official, but they said that it was not their problem. Within a few hours of being arrested, I began to experience withdrawal symptoms, like shaking and shortness of breath.

16.    At no point was I told why I was being arrested. I was not asked anything about myself, my life, or my case. The only thing they said when we asked what was happening was that everything was "part of the process."

17.    That afternoon, the other woman and I were taken out of the cell. They put chains on our hands, feet and waists. They took us outside and put us in a car. I had no idea where we were going or what was going to happen. I had a panic attack and felt like I was dying. I was crying and asking for help, but the officers ignored me.

18.    We were taken to a detention center, where we were taken out of the vehicle and placed in a holding cell while they picked up more detained people. Then, they loaded us into another vehicle, and we drove for hours until we finally arrived at Mesa Verde Detention Center in Bakersfield, CA very late at night. I was handcuffed by my hands and feet and waist for the entire journey and not given any food or water. By this point, I was exhausted and terrified. I felt like I was about to faint. Throughout the day, I thought of my daughter in Peru, and cried at the thought that I would never see her again. This was one of the worst experiences of my life.

19.    At Mesa Verde, I was first given a vaccine for tuberculosis. The injection made my arm swell up and caused me a lot of pain. Then, I was put in a dormitory with lots of other women. There was a security guard at the door. At night, the lights were lowered but kept on and it was hard to sleep.

20.    I was held at Mesa Verde for about a day and a half. It was horrible. It was the first

3

DECLARATION OF FRESCIA ANTHUANE GARRO PINCHI IN SUPPORT OF PLAINTIFFS' MOTION TO STAY EFFECTIVE DATE OF AGENCY ACTION OR PRESERVE STATUS OR RIGHTS
Case No. 5:25-cv-5632-PCP

3168678

time I had ever been held in a detention facility like that. I felt scared and unsettled the entire time I was there. I was terrified that I would be deported.

21. On the morning of Saturday, July 5, I was finally released from detention. I was so grateful and relieved. I returned home that day. After my release, I was placed on a reporting schedule with ICE and with Intensive Supervision Appearance Program, or ISAP. Currently, I have to check in once a year with ICE. At first, I had to check in with ISAP in person as well, but then they put me on a weekly monitoring schedule by phone. I also have to remain within a certain radius of Hayward. I have complied with every requirement of ICE and will continue to do so.

22. When I went to ISAP for my check-in, I was terrified that I would be detained again. First, I went to the San Jose office, but they told me that I had to go to the San Francisco office instead. No one explained why I had to go to San Francisco, so I was really scared that they were going to detain me again. The ordeal took several hours. I have another in-person check-in in November 2025, and I am very nervous about it.

23. This horrific experience of being detained has affected me in many ways. I feel afraid to leave the house because I am worried that I could be arrested by ICE again. I try not to think about it, but sometimes the memories of being detained and the feeling of terror come flooding back and I cannot sleep or concentrate. When I have to check in with ICE or ISAP, I feel panicked. I simply wish to proceed with my case and live a secure life.

24. I understand that, as a class representative, I represent the interests of everyone in the class, and not just myself. I am prepared to stay informed about what is happening with my case and stay in touch with my attorney to give them information they need. I am committed to being a class representative because I do not want other people to be unlawfully detained as I was. I have never served as a class representative in any prior action.

25. This declaration was read to me in full in Spanish by Emilia Garcia. I completely understand the content of this declaration.

DECLARATION OF FRESCIA ANTHUANE GARRO PINCHI IN SUPPORT OF PLAINTIFFS' MOTION TO STAY EFFECTIVE DATE OF AGENCY ACTION OR PRESERVE STATUS OR RIGHTS
Case No. 5:25-cv-5632-PCP
3168678

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at Hayward, California this 14th day of October, 2025.

_____
Frescia Anthuane Garro Pinchi

**CERTIFICATE OF INTERPRETATION**

I, Emilia Garcia, certify that I am fluent in Spanish and English and that I am competent to interpret between these languages. I further certify that I have read the foregoing to Frescia Anthuane Garro Pinchi in Spanish. I further declare that I am competent to render this interpretation and that I would testify to the same under the penalty of perjury if I were called upon to do so.

Date: October 14, 2025

Emilia Garcia

DECLARATION OF FRESCIA ANTHUANE GARRO PINCHI IN SUPPORT OF PLAINTIFFS' MOTION TO STAY EFFECTIVE DATE OF AGENCY ACTION OR PRESERVE STATUS OR RIGHTS
Case No. 5:25-cv-5632-PCP

3168678