UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRESCIA GARRO PINCHI et al           ,

Plaintiff(s),

v.

Noem et al                           ,

Defendant(s).

Case No. 5:25-cv-05632-PCP

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Judy Rabinovitz          , an active member in good standing of the bar of

New York                         , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: FRESCIA GARRO PINCHI et al in the

above-entitled action. My local co-counsel in this case is Oscar Sarabia Roman          , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California. Local co-counsel's bar number is: 341385          .

American Civil Liberties Union Foundation
125 Broad St., 18th Floor
New York, NY 10004

MY ADDRESS OF RECORD

(212) 549-2618

MY TELEPHONE # OF RECORD

jrabinovitz@aclu.org

MY EMAIL ADDRESS OF RECORD

American Civil Liberties Union Foundation
425 California Street, 7th Floor
San Francisco, CA 94104

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(332) 204-2767

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

osarabia@aclu.org

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 2079788          .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0      times in the 12 months

preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: __11/18/2025_____                    Judy Rabinovitz_____
                                                       APPLICANT

5

6    ==========================================================================

7

8                          ORDER GRANTING APPLICATION

9                    FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of _Judy Rabinovitz_____ is

12    granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13    must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14    counsel designated in the application will constitute notice to the party.

15    Dated: _____November 20, 2025_____

16

17    _____

18                    UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California