UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

FRESCIA GARRO PINCHI; *et al.*,

      Plaintiffs,

      v.

KRISTI NOEM, in her official capacity as
Secretary of Homeland Security; *et al.*,

      Defendants.

No. 5:25-cv-05632-PCP

Hon. P. Casey Pitts
United States District Judge

## [PROPOSED] ORDER

Based on the parties' stipulation, and for good cause shown,

IT IS HEREBY ORDERED that the parties' proposed briefing schedule is **GRANTED**

as follows:

- Respondents will file, in the alternative, a Motion to Sever/Transfer no later than November 28, 2025, and notice it for a hearing on January 22, 2025, at 10:00 am;
- The Plaintiffs will file their Opposition briefs to Respondents' Motion to Dismiss and Motion to Sever/Transfer by December 19, 2025;
- Respondents will file any Replies in support of their motions by January 8, 2026; and
- The hearing date for both the Motion to Dismiss and Sever/Transfer is set for [January 22, 2026].

Dated:  November 24, 2025

_____
P. CASEY PITTS
United States District Judge