UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS GUILLERMO ORTEGA MACARIO,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO ALBARRAN, et al.,<br><br>Defendants. | Case No. 25-cv-10885-TLT<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: Dkt. Nos. 16, 17 |

The Government concedes that Plaintiff-Petitioner Ortega Macario is covered by the class provisionally certified in *Garro Pinchi v. Noem*, No. 25-CV-05632, 2025 WL 3691938 (N.D. Cal. Dec. 19, 2025). ECF 16 at 4 n.2 ("Respondents acknowledge that in the instant case Petitioner is covered by the class and subclass definitions found in Pinchi and that his recent arrest would need to comply with the standard for redetection contained therein.")

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable P. Casey Pitts for consideration of whether the case is related to 25-cv--05632.

**IT IS SO ORDERED.**

Dated: January 13, 2026

_____
TRINA L. THOMPSON
United States District Judge