| | |
|---|---|
| ERIN E. MEYER - # 274244<br>emeyer@keker.com<br>JULIA L. ALLEN - # 286097<br>jallen@keker.com<br>CLAIRE C. BONELLI - #317735<br>cbonelli@keker.com<br>ELLEN WATLINGTON - # 336422<br>ewatlington@keker.com<br>JACQUIE P. ANDREANO - # 338354<br>jandreano@keker.com<br>KAYLA CROWELL - # 349061<br>kcrowell@keker.com<br>KEKER, VAN NEST & PETERS LLP<br>633 Battery Street<br>San Francisco, CA 94111<br>Telephone: (415) 391-5400<br><br>Attorneys for Plaintiffs-Petitioners<br><br>*[ADDITIONAL COUNSEL ON NEXT PAGE]* | BREE BERNWANGER - # 331731<br>bbernwanger@aclunc.org<br>MICHELLE (MINJU) Y. CHO - # 321939<br>mcho@aclunc.org<br>NEIL K. SAWHNEY - # 300130<br>nsawhney@aclunc.org<br>LAUREN M. DAVIS - # 357292<br>ldavis@aclunc.org<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN<br>CALIFORNIA<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: (415) 621-2493<br><br>ABBY SULLIVAN ENGEN - # 270698<br>asullivanengen@centrolegal.org<br>JESSE NEWMARK - # 247488<br>jessenewmark@centrolegal.org<br>NIKOLAS DE BREMAEKER (admitted pro hac vice)<br>ndebremaeker@centrolegal.org<br>CENTRO LEGAL DE LA RAZA<br>3400 E. 12th Street<br>Oakland, CA 94601<br>Telephone: (510) 437-1863 |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| FRESCIA GARRO PINCHI, JUANY GALO SANTOS, and JOSE TELETOR SENTE, on behalf of themselves and others similarly situated,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>SERGIO ALBARRAN, Field Office Director of the San Francisco Immigration and Customs Enforcement Office; KRISTI NOEM, Secretary of the United States Department of Homeland Security; TODD LYONS, Acting Director of United States Immigration and Customs Enforcement, acting in their official capacities; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendants-Respondents. | Case No. 5:25-cv-5632-PCP<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' DEADLINE TO PRODUCE CERTIFIED ADMINISTRATIVE RECORD** |

1  JUDY RABINOVITZ (admitted pro hac vice)
   jrabinovitz@aclu.org
2  AMERICAN CIVIL LIBERTIES UNION FOUNDATION
   125 Broad Street, 18th Floor
3  New York, NY 10004
   Telephone: (212) 549-2660
4

5  OSCAR SARABIA ROMAN - # 341385
   osarabia@aclu.org
6  AMERICAN CIVIL LIBERTIES UNION FOUNDATION
   425 California Street, Ste 7th Floor
7  San Francisco, CA 94104
   Telephone: (916) 813-7891
8

9  Attorneys for Petitioner

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER RE CERTIFIED ADMINISTRATIVE RECORD DEADLINE    1
Case No. 5:25-cv-5632-PCP

# STPULATION

Pursuant to Civil Local Rule 7-12, the parties, by and through their undersigned attorneys, hereby stipulate as follows:

1. Consistent with the Court's discussion of Civ. L. R. 16-5 and instruction to the parties, the parties have met and conferred regarding a mutually agreeable deadline by which Defendants must produce the Certified Administrative Record (the "CAR") in this action.

2. The parties hereby stipulate that Defendants will produce the complete CAR on or before **February 5, 2026**, consistent with the Court's interpretation of Civ. L. R. 16-5.

Respectfully submitted,

DATED: February 3, 2026

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA

*/s/ Bree Bernwanger*
BREE BERNWANGER
MICHELLE (MINJU) Y. CHO
NEIL K. SAWHNEY
LAUREN M. DAVIS

Attorneys for Plaintiffs-Petitioners

DATED: February 3, 2026

KEKER, VAN NEST & PETERS LLP

ERIN E. MEYER
JULIA L. ALLEN
CLAIRE C. BONELLI
ELLEN WATLINGTON
JACQUIE P. ANDREANO
KAYLA CROWELL
MICHAELA M. FIRMAGE

Attorneys for Plaintiffs-Petitioners

DATED: February 3, 2026

CENTRO LEGAL DE LA RAZA

ABBY SULLIVAN ENGEN
JESSE NEWMARK
NIKOLAS DE BREMAEKER

Attorneys for Plaintiffs-Petitioners

| | | |
|---|---|---|
| DATED: February 3, 2026 | | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| | | JUDY RABINOVITZ |
| | | OSCAR SARABIA ROMAN |
| | | Attorneys for Plaintiffs-Petitioners |
| DATED: February 3, 2026 | | OFFICE OF IMMIGRATION LITIGATION U.S. DEPARTMENT OF JUSTICE |
| | | */s/ Nancy Safavi* |
| | | NANCY SAFAVI |
| | | JESSICA D. STROKUS |
| | | Attorneys for Defendants-Respondents |

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, and good cause having been shown, it is hereby ordered that **February 5, 2026** is the deadline by which Defendants must produce the complete Certified Administrative Record.

IT IS SO ORDERED.

DATED: _____

                                                THE HON. P. CASEY PITTS
                                                United States District Judge