1   ERIN E. MEYER - # 274244
    emeyer@keker.com
2   JULIA L. ALLEN - # 286097
    jallen@keker.com
3   CLAIRE C. BONELLI - #317735
    cbonelli@keker.com
4   ELLEN WATLINGTON - # 336422
    ewatlington@keker.com
5   JACQUIE P. ANDREANO - # 338354
    jandreano@keker.com
6   KAYLA CROWELL - # 349061
    kcrowell@keker.com
7   KEKER, VAN NEST & PETERS LLP
    633 Battery Street
8   San Francisco, CA 94111
    Telephone: (415) 391-5400
9
    Attorneys for Plaintiffs-Petitioners
10
    [ADDITIONAL COUNSEL ON NEXT PAGE]

    BREE BERNWANGER - # 331731
    bbernwanger@aclunc.org
    MICHELLE (MINJU) Y. CHO - # 321939
    mcho@aclunc.org
    NEIL K. SAWHNEY - # 300130
    nsawhney@aclunc.org
    LAUREN M. DAVIS - # 357292
    ldavis@aclunc.org
    AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF NORTHERN
    CALIFORNIA
    39 Drumm Street
    San Francisco, CA 94111
    Telephone: (415) 621-2493

    ABBY SULLIVAN ENGEN - # 270698
    asullivanengen@centrolegal.org
    JESSE NEWMARK - # 247488
    jessenewmark@centrolegal.org
    NIKOLAS DE BREMAEKER (admitted pro
    hac vice)
    ndebremaeker@centrolegal.org
    CENTRO LEGAL DE LA RAZA
    3400 E. 12th Street
    Oakland, CA 94601
    Telephone: (510) 437-1863

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| FRESCIA GARRO PINCHI, JUANY GALO SANTOS, and JOSE TELETOR SENTE, on behalf of themselves and others similarly situated,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>SERGIO ALBARRAN, Field Office Director of the San Francisco Immigration and Customs Enforcement Office; KRISTI NOEM, Secretary of the United States Department of Homeland Security; TODD LYONS, Acting Director of United States Immigration and Customs Enforcement, acting in their official capacities; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendants-Respondents. | Case No. 5:25-cv-5632-PCP<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' DEADLINE TO PRODUCE CERTIFIED ADMINISTRATIVE RECORD** |

JUDY RABINOVITZ (admitted pro hac vice)
jrabinovitz@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2660

OSCAR SARABIA ROMAN - # 341385
osarabia@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California Street, Ste 7th Floor
San Francisco, CA 94104
Telephone: (916) 813-7891

Attorneys for Petitioner

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION**

Pursuant to Civil Local Rule 7-12, the parties, by and through their undersigned attorneys, hereby stipulate as follows:

1.       Consistent with the Court's discussion of Civ. L. R. 16-5 and instruction to the parties, the parties have met and conferred regarding a mutually agreeable deadline by which Defendants must produce the Certified Administrative Record (the "CAR") in this action.

2.       The parties hereby stipulate that Defendants will produce the complete CAR on or before **February 5, 2026**, consistent with the Court's interpretation of Civ. L. R. 16-5.

Respectfully submitted,

DATED: February 3, 2026

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA

*/s/ Bree Bernwanger*
BREE BERNWANGER
MICHELLE (MINJU) Y. CHO
NEIL K. SAWHNEY
LAUREN M. DAVIS

Attorneys for Plaintiffs-Petitioners

DATED: February 3, 2026

KEKER, VAN NEST & PETERS LLP

ERIN E. MEYER
JULIA L. ALLEN
CLAIRE C. BONELLI
ELLEN WATLINGTON
JACQUIE P. ANDREANO
KAYLA CROWELL
MICHAELA M. FIRMAGE

Attorneys for Plaintiffs-Petitioners

DATED: February 3, 2026

CENTRO LEGAL DE LA RAZA

ABBY SULLIVAN ENGEN
JESSE NEWMARK
NIKOLAS DE BREMAEKER

Attorneys for Plaintiffs-Petitioners

1

2

DATED: February 3, 2026

3

4

5

6

DATED: February 3, 2026

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION

JUDY RABINOVITZ
OSCAR SARABIA ROMAN

Attorneys for Plaintiffs-Petitioners

OFFICE OF IMMIGRATION LITIGATION
U.S. DEPARTMENT OF JUSTICE

*/s/ Nancy Safavi*
NANCY SAFAVI
JESSICA D. STROKUS

Attorneys for Defendants-Respondents

1

[PROPOSED] ORDER

2          Pursuant to the stipulation of the parties, and good cause having been shown, it is hereby

3    ordered that **February 5, 2026** is the deadline by which Defendants must produce the complete

4    Certified Administrative Record.

5          IT IS SO ORDERED.

6

7    DATED:   February 4, 2026

8                                                    _____
                                                     THE HON. P. CASEY PITTS
9                                                     United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28