ERIN E. MEYER - # 274244
emeyer@keker.com
JULIA L. ALLEN - # 286097
jallen@keker.com
CLAIRE C. BONELLI - #317735
cbonelli@keker.com
ELLEN WATLINGTON - # 336422
ewatlington@keker.com
JACQUIE P. ANDREANO - # 338354
jandreano@keker.com
KAYLA CROWELL - # 349061
kcrowell@keker.com
MICHAELA FIRMAGE - # 366184
mfirmage@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111
Telephone: (415) 391-5400

Attorneys for Plaintiffs

[ADDITIONAL COUNSEL ON NEXT PAGE]

BREE BERNWANGER - # 331731
bbernwanger@aclunc.org
MICHELLE (MINJU) Y. CHO - # 321939
mcho@aclunc.org
NEIL K. SAWHNEY - # 300130
nsawhney@aclunc.org
LAUREN M. DAVIS - # 357292
ldavis@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

ABBY SULLIVAN ENGEN - # 270698
asullivanengen@centrolegal.org
JESSE NEWMARK - # 247488
jessenewmark@centrolegal.org
NIKOLAS DE BREMAEKER (admitted pro hac vice)
ndebremaeker@centrolegal.org
CENTRO LEGAL DE LA RAZA
3400 E. 12th Street
Oakland, CA 94601
Telephone: (510) 437-1863

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRESCIA GARRO PINCHI, JUANY GALO SANTOS, and JOSE TELETOR SENTE, on behalf of themselves and others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>SERGIO ALBARRAN, Field Office Director of the San Francisco Immigration and Customs Enforcement Office; KRISTI NOEM, Secretary of the United States Department of Homeland Security; TODD LYONS, Acting Director of United States Immigration and Customs Enforcement, acting in their official capacities; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendants. | Case No. 5:25-cv-5632-PCP<br><br>**DECLARATION OF BREE BERNWANGER IN SUPPORT OF MOTION TO COMPEL COMPLETION OF THE ADMINISTRATIVE RECORD AND FOR EXTRA-RECORD DISCOVERY**<br><br>Date: April 10, 2026<br>Time: 11:00 a.m.<br>Dept: Courtroom 8 - 4th Floor<br>Judge: Hon. P. Casey Pitts<br><br>Date Filed: July 3, 2025 |

DECLARATION OF BREE BERNWANGER IN SUPPORT OF MOTION TO COMPEL COMPLETION OF THE
ADMINISTRATIVE RECORD AND FOR EXTRA-RECORD DISCOVERY
Case No. 5:25-cv-5632-PCP

6028071

| | |
|---|---|
| 1 | JUDY RABINOVITZ (admitted pro hac vice) |
| | jrabinovitz@aclu.org |
| 2 | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| | 125 Broad Street, 18th Floor |
| 3 | New York, NY 10004 |
| | Telephone: (212) 549-2660 |
| 4 | |
| | OSCAR SARABIA ROMAN - # 341385 |
| 5 | osarabia@aclu.org |
| | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| 6 | 425 California Street, Ste 7th Floor |
| | San Francisco, CA 94104 |
| 7 | Telephone: (916) 813-7891 |
| 8 | Attorneys for Plaintiffs |

I, Bree Bernwanger, declare as follows:

1. I am a member in good standing of the State Bar of California and the Bar of this Court. I am an attorney at the American Civil Liberties Union Foundation of Northern California ("ACLU-NC"), co-counsel for Plaintiffs in this case, and submit this declaration in support of Plaintiffs' Motion to Compel Completion of the Administrative Record and for Extra-Record Discovery. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could testify truthfully to those facts.

2. On February 12, 2026, Plaintiffs' counsel, including myself, met and conferred with counsel for Defendants regarding various subjects in this litigation. During this conversation, I raised Plaintiffs' concerns regarding the completeness of the certified administrative record ("CAR") that Defendants had produced. In particular, I raised our concern that the materials provided in the CAR included only documents related to the July 8 Memo, which issued months after the re-detentions at issue in this case began.

3. During the February 12, 2026 meet and confer, Defendants' counsel represented that the CAR was complete and included all documents pertinent to this matter. Defendants further confirmed that they would not produce any further documents absent a motion to compel. Defendants specifically represented that if Plaintiffs sought documents from the period of May to July 2025, they would have to move to compel.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at San Francisco, California this 6th day of March, 2026.

　　　　　　　　　　　　　　　　　　　　　　/s/ Bree Bernwanger
　　　　　　　　　　　　　　　　　　　　　　Bree Bernwanger

---

1

DECLARATION OF BREE BERNWANGER IN SUPPORT OF MOTION TO COMPEL COMPLETION OF THE ADMINISTRATIVE RECORD AND FOR EXTRA-RECORD DISCOVERY
Case No. 5:25-cv-5632-PCP

6028071