| | |
|---|---|
| ERIN E. MEYER - # 274244 | BREE BERNWANGER - # 331731 |
| emeyer@keker.com | bbernwanger@aclunc.org |
| JULIA L. ALLEN - # 286097 | MICHELLE (MINJU) Y. CHO - # 321939 |
| jallen@keker.com | mcho@aclunc.org |
| CLAIRE C. BONELLI - #317735 | NEIL K. SAWHNEY - # 300130 |
| cbonelli@keker.com | nsawhney@aclunc.org |
| ELLEN WATLINGTON - # 336422 | LAUREN M. DAVIS - # 357292 |
| ewatlington@keker.com | ldavis@aclunc.org |
| JACQUIE P. ANDREANO - # 338354 | AMERICAN CIVIL LIBERTIES UNION |
| jandreano@keker.com | FOUNDATION OF NORTHERN CALIFORNIA |
| KAYLA CROWELL - # 349061 | 39 Drumm Street |
| kcrowell@keker.com | San Francisco, CA 94111 |
| MICHAELA FIRMAGE - # 366184 | Telephone: (415) 621-2493 |
| mfirmage@keker.com | |
| KEKER, VAN NEST & PETERS LLP | ABBY SULLIVAN ENGEN - # 270698 |
| 633 Battery Street | asullivanengen@centrolegal.org |
| San Francisco, CA 94111 | JESSE NEWMARK - # 247488 |
| Telephone: (415) 391-5400 | jessenewmark@centrolegal.org |
| | NIKOLAS DE BREMAEKER (admitted pro hac vice) |
| Attorneys for Plaintiffs | ndebremaeker@centrolegal.org |
| [ADDITIONAL COUNSEL ON NEXT PAGE] | CENTRO LEGAL DE LA RAZA |
| | 3400 E. 12th Street |
| | Oakland, CA 94601 |
| | Telephone: (510) 437-1863 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRESCIA GARRO PINCHI, JUANY GALO SANTOS, and JOSE TELETOR SENTE, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br>v.<br>SERGIO ALBARRAN, Field Office Director of the San Francisco Immigration and Customs Enforcement Office; KRISTI NOEM, Secretary of the United States Department of Homeland Security; TODD LYONS, Acting Director of United States Immigration and Customs Enforcement, acting in their official capacities; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendants. | Case No. 5:25-cv-5632-PCP<br><br>**[PROPOSED] ORDER GRANTING MOTION TO COMPEL COMPLETION OF THE ADMINISTRATIVE RECORD AND EXTRA-RECORD DISCOVERY**<br><br>Date: April 10, 2026<br>Time: 11:00 a.m.<br>Dept: Courtroom 8 - 4th Floor<br>Judge: Hon. P. Casey Pitts<br><br>Date Filed: July 3, 2025 |

[PROPOSED] ORDER GRANTING MOTION TO COMPEL COMPLETION OF THE ADMINISTRATIVE RECORD AND EXTRA-RECORD DISCOVERY
Case No. 5:25-cv-5632-PCP

6028075

1  JUDY RABINOVITZ (admitted pro hac vice)
   jrabinovitz@aclu.org
2  AMERICAN CIVIL LIBERTIES UNION FOUNDATION
   125 Broad Street, 18th Floor
3  New York, NY 10004
   Telephone: (212) 549-2660
4
   OSCAR SARABIA ROMAN - # 341385
5  osarabia@aclu.org
   AMERICAN CIVIL LIBERTIES UNION FOUNDATION
6  425 California Street, Ste 7th Floor
   San Francisco, CA 94104
7  Telephone: (916) 813-7891

8  Attorneys for Plaintiffs

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## [PROPOSED] ORDER

Plaintiffs' Motion to Compel Completion of the Administrative Record and Extra-Record Discovery came before this Court for hearing on April 10, 2026. Having considered the parties' briefing, evidence, and arguments, as well as the authorities cited in support of their positions, and good cause appearing, the Court hereby **GRANTS** Plaintiffs' motion to compel completion of the Administrative Record. Defendants are hereby ordered to complete the administrative record by **April 24, 2026** with all non-privileged documents directly or indirectly considered by the agency in deciding to adopt the Re-Detention Policy. If Defendants withhold any documents that would be included in the Administrative Record on the basis of privilege, they shall provide a privilege log on **May 1, 2026** that describes the document, identifies the basis for its omission, and substantiates any claimed privilege. The Court further **GRANTS** Plaintiffs' motion to compel extra-record discovery. Defendants are hereby ordered to produce, by **May 11, 2026** the following documents:

1. All documents and communications from January 1, 2025 to present regarding DHS's policies, practices, guidance, and/or standards regarding re-arrest or re-detention of noncitizens in removal proceedings.

2. All documents and communications from Januay 1, 2025 to present that DHS considered or relied upon in developing its re-detention policies, practices, guidance, and/or standards regarding re-arrest or re-detention of noncitizens in removal proceedings;

3. All documents evidencing, memorializing, analyzing, discussing, explaining, or implementing DHS's prior policy and practice of following *Matter of Sugay* where a previous release determination was made by DHS such that DHS generally only re-arrested noncitizens pursuant to § 1226(b) after a material change in circumstances as described in *Saravia v. Sessions*, 280 F. Supp. 3d 1168, 1197 (N.D. Cal. 2017).

4. All documents and communications from January 1, 2025 to the present related to *Matter of Sugay*; *Saravia v. Sessions*; or the 1995 INS Memorandum.

1

[PROPOSED] ORDER GRANTING MOTION TO COMPEL COMPLETION OF THE ADMINISTRATIVE RECORD AND EXTRA-RECORD DISCOVERY
Case No. 5:25-cv-5632-PCP

6028075

5. All documents and communications discussing, analyzing, explaining, implementing, or providing guidance regarding Stephen Miller's May 2025 instruction to DHS to increase arrests within the agency;

6. All documents and communications related to the July 8, 2025 Broadcast Email titled *Interim Guidance Regarding Detention Authority for Applicants for Admission* (the "July 8 Memo"), including but not limited to:

   a. All documents and communications between DHS and DOJ regarding DHS's "legal position on detention and release authorities";

   b. All documents and communications internal to DHS regarding DHS's "legal position on detention and release authorities";

   c. All documents and communications related to consultations with OPLA regarding re-detention following the memo, including but not limited to all guidance, standards, policies, or practices for re-detention;

   d. All documents, communications, or other materials relied upon in formulating, drafting, or implementing the July 8 Memo.

7. Documents relating to all former or current members of the preliminarily certified class and sub-class, including:

   a. A-files for all former or current class members or sub-class members who have been re-arrested or re-detained from January 1, 2025 to present;

   b. All documents and communications related to the arrest or detention of any former or current class member from January 1, 2025 to present, including but not limited to Form I-200 Warrants and Form I-862 Notices to Appear;

   c. All documents and communications relating to the alleged flight risk or danger to the community of any former or current class member from January 1, 2025 to present, including but not limited to documents or communications related to criminal convictions, immigration violations, and attendance at immigration hearings and check-ins;

   d. The number of former or current class members or sub-class members who

have been arrested or detained from May 2025 to present.

If Defendants withhold any responsive documents on the basis of privilege, they shall provide a privilege log that describes the document, identifies the basis for its withholding, and substantiates any claimed privilege.

**IT IS SO ORDERED.**

DATED: _____

HON. P. CASEY PITTS<br>
UNITED STATES DISTRICT JUDGE

3

[PROPOSED] ORDER GRANTING MOTION TO COMPEL COMPLETION OF THE ADMINISTRATIVE RECORD AND EXTRA-RECORD DISCOVERY
Case No. 5:25-cv-5632-PCP

6028075