UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESCIA GARRO PINCHI, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>KRISTI NOEM, et al.,<br><br>    Defendants. | Case No. 25-cv-05632-PCP<br><br>**CASE MANAGEMENT ORDER** |

Based on the parties' stipulated case management schedule and the discussions held at the February 19, 2026 case management conference, the following schedule is set for this case:

**Deadlines**

| | |
|---|---|
| • Deadline for production of certified administrative record | February 5, 2026 |
| • Hearing on plaintiffs' motion to compel completion of the administrative record | April 10, 2026 |
| • Fact Discovery Cutoff | June 5, 2026 |
| • Filing of plaintiffs' motions for summary judgment and class certification | July 9, 2026 |
| • Filing of defendants' motion for summary judgment and opposition to plaintiffs' motions for summary judgment and class certification | August 13, 2026 |
| • Filing of plaintiffs' replies regarding summary judgment and class certification | September 17, 2026 |
| • Filing of defendants' reply regarding summary judgment | October 22, 2026 |
| • Hearing on motions for summary judgment and class certification | November 19, 2026 |
| • Trial-setting conference | January 12, 2027 |

*Standing Order.* The parties shall comply with the Court's Standing Order for Civil Cases, available at cand.uscourts.gov/judges/pitts-p-casey-pcp or from the Clerk of the Court.

*Modification.* This schedule may be modified only by Court order for good cause. The parties may request modification by stipulation or by filing an administrative motion pursuant to Civil Local Rule 7-11. Requests to modify a deadline must be made before that deadline.

**IT IS SO ORDERED.**

Dated: March 9, 2026

P. Casey Pitts
United States District Judge