BRETT A. SHUMATE
Assistant Attorney General
Civil Division
BENJAMIN MARK MOSS
Senior Counsel
JESSICA D. STROKUS (VABN 91100)
Senior Litigation Counsel
NANCY N. SAFAVI (TXBN 24042342)
Senior Trial Attorney
STEVEN S. SMITH
Trial Attorney
Office of Immigration Litigation
Civil Division, U.S. Dept. of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 514-9875
Email: Nancy.Safavi@usdoj.gov
*Counsel for Defendants*

CRAIG H. MISSAKIANA (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney
Chief, Civil Division
WILLIAM SKEWES-COX
Assistant United States Attorneys
60 South Market Street, Suite 1200
San Jose, California 95113
Tel: (415) 629-0263
E-mail: William.Skewes-Cox@usdoj.gov

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FRESCIA GARRO PINCHI; *et al.*,

Plaintiffs,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; *et al.*,

Defendants.

No. 5:25-cv-05632-PCP

**PARTIES' STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE HEARING**

Hon. P. Casey Pitts
United States District Judge

**STIPULATION**

The parties, for good cause, respectfully stipulate and request that the Court reschedule the July 24, 2026 hearing to July 30, 2026.

On July 15, 2026, in a text-only order, the Court set a hearing on the parties' privilege disputes for Friday, July 24, 2026. ECF 145. Due to scheduling conflicts, counsel for Defendants are unavailable to appear for the scheduled hearing. Undersigned counsel for Defendants, who is responsible for appearing at this hearing, will be in a deposition on July 24, 2026, that is expected to last the full day. Additionally, other counsel of record for Defendants are unavailable to appear for the hearing.

On July 17, 2026, the parties met and conferred regarding, among other things, this joint stipulation. On July 20, 2026, undersigned counsel for Defendants emailed the Court clerk to inform the Court of the conflict and ascertain the presumed length of the hearing to determine whether undersigned counsel could appear during a break in the deposition. On July 21, 2026, the Court clerk responded to counsel stating that it was impossible to predict the length of the hearing. Thus, undersigned counsel for Defendants is unable to confer with opposing counsel to determine whether she will be able to appear for the hearing during a break in the deposition.[1]

Accordingly, as there is good cause to reschedule the July 24, 2026 hearing, the parties agree to stipulate and respectfully request that the Court reschedule the hearing to **July 30, 2026**.

Dated: July 22, 2026

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

BENJAMIN M. MOSS
Special Counsel

---

[1] In order to satisfy the Court's standing order, the parties began to discuss this joint stipulation on Friday, July 17, 2026. The parties did not reach agreement and receive confirmation from the Court's clerk until Tuesday, July 21, 2026. Additionally, unfortunately, undersigned counsel for Defendants was scheduled to fly to Phoenix, Arizona, for a deposition the afternoon of Tuesday, July 21, 2026, and, due to unforeseen and uncontrollable travel delays, did not arrive and was unable to prepare the instant joint stipulation until Wednesday, July 22, 2026.

JESSICA D. STROKUS
Senior Litigation Counsel

STEVEN S. SMITH
Trial Attorney

*/s/ Nancy N. Safavi*
NANCY N. SAFAVI
Senior Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-9875
Nancy.Safavi@usdoj.gov

*Counsel for Defendants*

Dated: July 22, 2026

KEKER, VAN NEST & PETERS LLP

ERIN E. MEYER
JULIA L. ALLEN
CLARIE C. BONELLI
ELLEN WATLINGTON
JACQUIE P. ANDREANO
KAYLA CROWELL
MICHAELA M. FIRMAGE

Attorneys for Plaintiffs-Petitioners

Dated: July 22, 2026

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN

*/s/ Lauren M. Davis*
BREE BERNWANGER
MICHELLE (MINJU) Y. CHO
NEIL K. SAWHNEY
LAUREN M. DAVIS

Attorneys for Plaintiffs-Petitioners

Dated: July 22, 2026

CENTRO LEGAL DE LA RAZA

ABBY SULLIVAN ENGEN
JESSE NEWMARK
NIKOLAS DE BREMAEKER

Attorneys for Plaintiffs-Petitioners

Dated: July 22, 2026

AMERICAN CIVIL LIBERTIES UNION FOUNDATION

JUDY RABINOVITZ
OSCAR SARABIA ROMAN

Attorneys for Plaintiffs-Petitioners

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, and good cause having been shown, it is hereby ordered that hearing scheduled for July 24, 2026, be rescheduled to **July 30, 2026**.

IT IS SO ORDERED.

DATED: ___________________

_________________________________
THE HON. P. CASEY PITTS
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Northern District of California, by using the CM/ECF system. All participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

Respectfully Submitted,

*/s/ Nancy N. Safavi*
NANCY N. SAFAVI
Senior Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice

*Counsel for Defendants*