UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRESCIA GARRO PINCHI, et al.,

Plaintiffs,

v.

MARKWAYNE MULLIN, et al.,

Defendants.

Case No. 25-cv-05632-PCP

**ORDER DENYING REQUEST TO COMPEL PRODUCTION**

On August 11, 2026, the Court ordered defendants to transmit GOV00000847-48 to the Court for *in camera* review in order to determine whether defendants have properly withheld that document under the deliberative-process privilege. Having reviewed the document, the Court concludes that it contains no non-deliberative factual content and that the entire document is subject to the privilege. The Court further concludes that the document is only tangentially relevant to the limited purposes for which the Court authorized discovery in this matter, and any relevant information therein is reasonably available to plaintiffs from other sources. As a result, plaintiffs have not overcome the deliberative-process privilege, and defendants have properly withheld GOV00000847-48. Plaintiffs' request to compel production of GOV00000847-48 is therefore DENIED.

**IT IS SO ORDERED.**

Dated: August 14, 2026

P. Casey Pitts
United States District Judge

United States District Court
Northern District of California