BRETT A. SHUMATE
Assistant Attorney General
Civil Division
AUGUST FLENTJE
Deputy Director
JESSICA D. STROKUS (VABN 91100)
Senior Litigation Counsel
NANCY N. SAFAVI (TXBN 24042342)
Senior Trial Attorney
CLIFFORD LUNH
STEVEN D. SMITH
Trial Attorneys
Office of Immigration Litigation
Civil Division, U.S. Dept. of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 616-8779
Email: Jessica.D.Strokus@usdoj.gov

CRAIG H. MISSAKIANA (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney
Chief, Civil Division
WILLIAM SKEWES-COX
Assistant United States Attorneys
60 South Market Street, Suite 1200
San Jose, California 95113
Tel: (415) 629-0263
E-mail: William.Skewes-Cox@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FRESCIA GARRO PINCHI, JUANY GALO SANTOS, and JOSE TELETOR SENTE, on behalf of themselves and others similarly situated,

Plaintiffs,

v.

SERGIO ALBARRAN, Field Office Director of the San Francisco Immigration and Customs Enforcement Office; KRISTI NOEM, Secretary of the United States Department of Homeland Security; TODD LYONS, Acting Director of United States Immigration and Customs Enforcement, acting in their official capacities; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

Defendants.

Case No. 5:25-cv-5632-PCP

**NOTICE OF WITHDRAWAL AS COUNSEL FOR DEFENDANTS**

The Honorable P. Casey Pitts

Date Filed: September 2, 2026

Pursuant to Local Civil Rules 5-1 and 11-5, undersigned counsel submits this Notice of Withdrawal as counsel for Defendants in the above-captioned case. Undersigned counsel is resigning from the Office of Immigration Litigation, with her last day being September 4, 2026. Defendants remain represented by other counsel from the Department of Justice, as reflected on the Court's docket.

Respectfully Submitted,

Dated: September 2, 2026

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

AUGUST FLENTJE
Deputy Director
Office of Immigration Litigation

NANCY N. SAFAVI
Senior Trial Attorney
Office of Immigration Litigation

CLIFFORD LUHN
STEVEN D. SMITH
Trial Attorneys
Office of Immigration Litigation

*<u>/s/ Jessica D. Strokus</u>*
JESSICA D. STROKUS
Senior Litigation Counsel
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20011
(202) 616-8779
Jessica.D.Strokus@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2026, I filed the foregoing Notice of Withdrawal with the Clerk of the Court, using the Court's ECF/CM system, which will electronically serve a copy on all counsel of record.

*/s/ Jessica D. Strokus*
JESSICA D. STROKUS
Senior Litigation Counsel
Office of Immigration Litigation